### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 15-cv-00788-REB-MJW

DALE MURPHY, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ENSECO ENERGY SERVICES, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

    The matter is before me on the **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(I)** [#22][1] filed July 13, 2015. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(I)** is approved;

    2. That all pending pretrial deadlines are vacated; and

    3. That this action is dismissed without prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated July 14, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge